# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3256

_____

DAQUAN DAREN WALKER,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana M. Garcia, Judge.

February 12, 2025

PER CURIAM.

AFFIRMED. *See Parrish v. State*, 349 So. 3d 485 (Fla. 1st DCA 2022), *rev. granted*, No. SC22-1457, 2023 WL 5223320 (Fla. Aug. 15, 2023); *Wilson v. State*, 306 So. 3d 1267 (Fla. 1st DCA 2020), *rev. granted*, No. SC20-1870, 2021 WL 1157838 (Fla. Mar. 26, 2021); *Parks v. State*, 371 So. 3d 392, 393 (Fla. 1st DCA 2023), *rev. granted*, No. SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

OSTERHAUS, C.J., and LEWIS and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Megan Lynne Long, Assistant Public Defender, Tallahassee, for Appellant.

Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.